RECEIVED
MAR -4 2009
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
## _EASTERN_ DIVISION

_Anna Clark_
_JoAnna Skinner_
_____
_____

(Enter above the full name of the Plaintiff[s]
in this action.)

- vs -

_Capt. John Hayden - Commander_
_P.O Joseph Seper 6910/307_
_P.O Durand E Brassfield •306/4875_
_Sgt. Kevin Day DSN 2100_
_Det. L LOYD. W. White Jr. DSN 4428_
_Susan McClain DSN 5045_
_Sean W. Von Malottke, DSN 307/5648_
_Bryan & Linda Dupart_

(Enter above the full name of ALL Defend-
ant[s] in this action. Fed. R. Civ. P. 10(a)
requires that the caption of the <u>complaint</u>
include the names of **all** the parties. Merely
listing one party and "et al." is insufficient.
Please attach additional sheets if necessary.

Case No. _____
(To be assigned by Clerk
of District Court)

_Jury Trial_

## **COMPLAINT**

I.  State the grounds for filing this case in Federal Court (include federal statutes and/or U.S.
    Constitutional provisions, if you know them):

_I, Anna Clark, filed 2 complaints with_
_St. Louis City Police Dept./Internal Affairs Division_
_and spoke to Capt. John Hayden, Acting Inspector._

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
<u>Eastern</u>    DIVISION

<u>Jo Anna Skinner</u>
   Plaintiff(s) in
   this action
      vs
<u>Col. Albert Atkins</u>   N. Patrol Downtown
<u>Sgt. Harry Keeler, N. Patrol</u>
            Det. Bureau
<u>Archie Shaw / P.O & F.B.I</u>
<u>Capt. Mike Sack, Commander/Det.</u>
<u>Sgt. Clarence Hien · N. Patrol</u>
<u>Sgt. James Moran N. Patrol</u>
<u>Det. Baldwin · Homocide</u>
<u>Sgt. Stan Miezejerwasksi</u>
<u>P.O. MS. Luster DSN 4357-305</u>
<u>Sgt. Kryer / Interna Affairs</u>
<u>Charles Bryson, Public Safety Director</u>

# COMPLAINT

Harassment with the Police St. Louis City Dept. begin with Parking Violation, on June 19, 2007 ticketed on my property 4660 Kossuth Ave, (Pictures confirmed) combined with vaccant Lot, empty, abandoned, nuisance property for about 7 or more years, owner Ms. Annie Edwards, register 5316 Labadie, But multi-years resides in Memphis, TN Register Name & Ph.# (901) 323-0648. officer, stated violatetion does not apply to other parking violated & made verbal threats.
(At Home) On July 21, 2007, 11pm received call from P.O Joesph Seper, concerning my 17yrs son Thearon Buckner, 2 minutes from children's Hospital, N. Kingshighway. Thearon, laying in City Ambulance, covered with serious bleeding wounds, his entire body, with bullet in leg partial naked, clothing & shoes/tennis missing, beaten about unrecognized servere drama to his head, my arrival time 45 minuter to about 1 hour, place 5109 Delmar, treated, greeted by P.O Joesph Seper, 307/6910 uncivil, blocking my view and stepps, toward my servere, serious beaten son untill I do as I was called and told by P.O Seper, plus sign release Ambulance EMS City of St. Louis, form (s), 15-20 minutes I was not allowed near Ambulance by P.O Seper, Couldn't barely walk Thearon Struggled into my personal vehicle I rushed him to Children's Hospital (St. Louis), immediately rushed into by Male nurse, admitted under police Protection. I call Sgt. Von Malottke, from Children's Hospital, he refused to speak with me, mother, parent Anna Clark, Thearon's. medical care seriou, Barnes/ Jewish Sugery Clinic release him 10, 2007.
    When I filed Complaint with Internal Affairs Division Sgt. Susan McClain, investigtor treated with arguements and hostility, I immediately directed concerns and written letter to Commander Capt. John Hayden, Internal Affairs

Page 1

# COMPLAINT (continue)

not only uncivil, misconduct behavior by Officer Seper, facts Public City St. Louis P.O Seper, actions were demarcated, discriminated. My questions asked to all parties Higher Authority Police Dept. & EMS ambulance, If my son was a white male 17yrs would you call parents to transport from city st. Louis EMS ambulance to personal vehicle, with drama head injuries, bleeding servere open wounds over entire body wait 45 minutes to about a hour, ect? Action and told by St. Louis City Police Dept. you don't filed against the St. Louis City Police Dept. You should taken your family and moved out of St. Louis, Missouri. (August 2007) Complaints Unfound, Appeal denied by Capt. John Hayden.
I were told my Police City Dept. I'am a criminal, my name will appear thru out North Patrol station and Headquarters / Internal Affairs Division. Bigger investmends of harassments stalkings, rude, nasty Police Services, started occurring from St. Louis Police Dept.

April Hooten, demanding payments, allegging child supports concerning by grown son nearly 30 yrs (Juwan Clark) residing somewhere in St. Charles, from myself and my 77 yrs old mother, April, made numerous "threats to blow up home, Spoke with P.O Claus, he wrote report continueously threats to harm us, told him she did care about polices, ect. Again negative input

Pa.2

## COMPLAINT (continue)

by Sgt. Kevin Day DSN 2100, Court Appearance Commissioner Annie Marie Clarke #23313, insults and Denied Case, Harassments continued by April Hooten, Police Dept. turned deaf ears, did nothing. (6-18-08)

Prior nearly fatal, hospitalized, arrested fraudulently incident reported P.O Durand E. Brassfield DSN 306·4875, and Sgt. Kevin Day #2100 (1-13-08) Letter mailed thru Postal Serives, Threat to kill me (Anna Clark) 2-19-08 (Orginal Letter, Postal Inspector Bruce Follmer Complaint filed against P.O D.E. Brassfield, 3-26-08 with Sgt. Stan Mtezejerwaksi, Internal Affairs, Investigator.

Reports shows asslanment, by Linda Dupart, impersonator alleasing to be Animal Control Officer, City of St. Louis wrote assignment for my arrest at resident, 4660 Kossuth Ave. Allegging she (Linda Dupart) had giving me (Anna Clark) numerous of summons already/past. Order another summon 3-17-08, Judge Walsh, dismissed. 5-6-08

Responding to crime scene about Shreve & Kossuth officer Durand Brassfield, stopped near about my resident 4660 Kossuth Ave, shouting harassing call me MOTHER FUCKERS, numerous stating you're under arrest MOTHER FUCKER, directly to me (Anna Clark) I should shoot kill your MOTHERFUCKING ASS now. Remembering 1-13-08 P.O Brassfield stood in my living room said to my Mother Airlee Curry and Childrens Thearon Buckners, Amanda Buckner, and D'Andre Brookfield, I deserve to DIE.

Angry concerning 3-17-08, COURT & COMPLAINT 3-26-08 Against him (Officer Brassfield) Pulled revolver/gun

pg. 3

# COMPLAINT continue

aimed directly me 2 sons stating "I Will BLOW your MOTHERFUCKING head off and get away with it ect. A PLEA to P.O Brassfield Stress, call 911, Internal Affairs Sgt. Kryer, Major Atkin, Albert, sereval times no response N. Patrol Sgt Clarence Hiem, return insults for Major Atkin. Sgt. Cousins called apologizing ect.

June 23, 2008, Linda Dupart, bragged about situation impersonation and her written report to P.O Ross [black female, provoking my action (parking).

Week before December 8, 2008, P.O Joseph Seper 306/6910 with other P.O report verified Jermane Clark, no longer lived at 4660 Kossuth Ave. Jermane, new resident The Linton House on 8th Street downtown St. Louis City. 3 times P.O Brewer, other P.O, 3 Detectives & 15-20 F.B.I Agents, within 8 hrs trepassed on my property without warrant(s)/search warrant.(s) My son called me I explain to Jermane, what all parties said to me and family. He's wanted for question by the St. Louis City Police Dept. Jermane, turn himself. F.B.I Archie Shaw, with other F.B.I Agent, knew Jermane, was in Police Custody. Before they (Archie Shaw & ohters 15-20 Agent F.B.I, trespassed surrounding my property 4660 Kossuth Ave, 1-23-09 Grabbing, pulling on property intimidating us yelling opening this door. Sereval calls to Police City Dept.

Finally speaking with Lt. Janice Bosoch, stating

Pg 4

## COMPLAINT (continue)

The F.B.I Agents should not be on your property. Speaking thru my Storm door Agent Archie Shaw, yelling none of Agents are on her (Anna Clark) property (4660 Kossuth Ave) Lt. Janice Boscoh, asked for Agent Shaw personal Cell # even when finish talking with Lt. Janice Bosch, N. Patrol, Agent Shaw, kept grabbing trying to pop open/break lock, looked nasty at me and verbal threat us." Saying he will be back on my property (4660 Kossuth Ave) He don't need a warrant, nor a search warrant ect. 1-23-09

Jermane, personal is used, filed against him. While in custody Detective seized from resident Linton House, Commander Mike Sack, Sgt. Von Malottki, Internal Affair and Homocide Det. Baldwin, states charges are filed concerning he robbed/Assault and took his personal in a crime done by him My sister JoAnna Skinner, request her gift that was given to Jermane Clark, a gift all parties denied. Capt. Sack, states Grand Jury, has already convicted Jermane, of all 3 Criminal Charges he will be sentence Tuesday February 24, 2009 by Grand Jury ect.. Afraid daily present in front, in rear present of white marked Police Vehicle 3-3-09 Court Cashier Clerk, asked for I.D Driver License, missed court 4-30-08 D592289-B, warrant $160.00 fine Plus cash bond. 3-3-09 dismissed in 30 min.

Pg. 5

II. Plaintiff, __Anna Clark__ resides at __4660 Kossuth Ave__, __St Louis__, __City__,
street address / city / county

__Missouri__, __63115-2404__, __(314)383-5125__.
state / zip code / telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

JoAnna Skinner - 4668 Kossuth Ave
St Louis MO, 63115 (314)3830318

III. Defendant, _____ lives at, or its business is located at

_____, _____, _____,
street address / city / county

_____, _____.
state / zip code

(if more than one defendant, provide the same information for each defendant below)

2

IV. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

Impersonator (filed assignment ordering my arrest, 1-13-08 gave summon for court appearance -3-17-08. Today I learned after dismissal, secretly another courtday re-issue by impersonator (Officer - warrant was issued 4-30-08 and payment $160.00. I return to City clerk cashier threw dismissed. (3-3-09) The officer filed fraudulently has arrested me at my resident 4660 Kossuth Ave, On 1-13-08 I was Admitted to St. Mary Hospital (Clayton because of uncivil treatment (P.O. D.E.B ·306/4875 Period of 2yrs reported harassments, stalking trespassing of my property continously. Incident 5-6-08, P.O. B.E. Brassfield ·306/4875 drove up marked white Police Vehicle repeatly calling/addressing MOTHER-FUCKER - say I was under arrest again, Confidental my court the dumb judge should have made me pay big fine, go back to Internal Affairs file again MOTHERFUCKER, I should shoot your ass. My sons; one standing near me other walk up. Officer Brassfield pulled, pointed his revolver, shouting I'll Blow your MOTHERFUCKING head off. (5-6-08

3

V. Relief: State briefly and exactly what you want the Court to do for you.

Accoutabilities, for intent to destroy/Kill me. (vertification Letter was sent U.S Postal 2-19-08, Paid for Mental and physical anguish. I am afraid, living in terror daily even when present of City Police Vehicle or body

VI. **MONEY DAMAGES:**

A) Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

YES [✓]   NO [ ]

B) If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

Need Phyical Theraphy, Ambulance City StLouis charges plus addition doctor visit

VII. Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

YES [✓]   NO [ ]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 4th day of March, 2009

*Anna Clark*
*Lenna Skenner*
Signature of Plaintiff(s)

4