

Miss Clark
4460 Kossuth
St Louis Mo.



No Good evil Bitch
I will kill you
very
Soon!!